UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-31614 |
| MARK LUBIENSKI, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER

This matter having come before the Court pursuant to the U.S. Trustee's Motion to Dismiss, due notice having been given and the Court having been fully advised on the premises, and the Debtor having agreed, IT IS HEREBY ORDERED THAT:

(1) The Debtor shall pay to the case Trustee a total of $40,000, with an an initial payment of $15,000 due within 14 days of the entry of this Order;

(2) The balance of $25,000 shall be paid at $900/month, beginning April 1, 2012, and continuing the first of each month through June 1, 2014, with a final payment of $700 on July 1, 2014;

(3) The Debtor having agreed to the foregoing, the U.S. Trustee's motion is hereby withdrawn;

(4) In the event of default, the Debtor shall have the right to request conversion to Chapter 11 or dismissal, and the U.S. Trustee shall have the right to request his motion to dismiss be reinstated.

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: 2/15/2012

**Prepared by:**
Cameron M. Gulden
Office of the U.S. Trustee
219 S. Dearborn, Room 873
Chicago, IL 60604
(312) 886-2614

Rev: 20110603_bko