# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LUBIENSKI, MARK § Case No. 11-31614-BWB
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 01, 2011. The undersigned trustee was appointed on August 01, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $          40,000.01

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 86.65 |
| Bank service fees | 1,567.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 38,346.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/02/2011 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,750.00, for a total compensation of $4,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $18.81, for total expenses of $18.81.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/31/2015        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-31614-BWB  
**Case Name:** LUBIENSKI, MARK  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 08/01/11 (f)  
**§341(a) Meeting Date:** 08/25/11  

**Period Ending:** 03/31/15  

**Claims Bar Date:** 12/02/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  372 RED BUD COURT, FRANKFORT | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 2  UNIT 41 OF DISNEY VAC. CLUB | Unknown | Unknown | | 0.00 | FA |
| 3  VACATION OWNERSHIP E9005 & o9004 | Unknown | Unknown | | 0.00 | FA |
| 4  MARRIORT VACATIONS | Unknown | Unknown | | 0.00 | FA |
| 5  CHASE BANK | Unknown | Unknown | | 0.00 | FA |
| 6  CHASE SAVINGS | 2,100.00 | 0.00 | | 0.00 | FA |
| 7  CHARTER ONE | 300.00 | 0.00 | | 0.00 | FA |
| 8  WEARING APPAREL | 700.00 | 0.00 | | 0.00 | FA |
| 9  DISABILITY POLICY | Unknown | 0.00 | | 0.00 | FA |
| 10  NORTHWESTERN MUTUAL | 42,560.77 | 0.00 | | 0.00 | FA |
| 11  NEW YORK LIFE INS | Unknown | 0.00 | | 0.00 | FA |
| 12  IRA | 144,596.08 | 0.00 | | 0.00 | FA |
| 13  IRA | 243,899.70 | 0.00 | | 0.00 | FA |
| 14  1999 MERCEDES | 4,600.00 | 0.00 | | 0.00 | FA |
| 15  DINETTE SET, ET | 2,175.00 | 0.00 | | 0.00 | FA |
| 16  SETTLEMENT & COMPROMISE OF DISPUTE (u) | 40,000.00 | 40,000.00 | | 40,000.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.01 | Unknown |
| 17  **Assets Totals** (Excluding unknown values) | **$1,480,931.55** | **$40,000.00** | | **$40,000.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

ACCOUNTANT TO BE EMPLOYED; PREPARE RETURNS; FINAL TO FOLLOW

HOLDING OPEN FOR U.S. TRUSTEE AND DEBTOR TO AGREE ON PAYMENT TO ESTATE; SETTLEMENT REACHED; PAYMENTS ARE BEING COLLECTED;

**Initial Projected Date Of Final Report (TFR):** June 30, 2012   **Current Projected Date Of Final Report (TFR):** June 30, 2015

Printed: 03/31/2015 07:14 AM   V.13.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-31614-BWB  
**Case Name:** LUBIENSKI, MARK  

**Taxpayer ID #:** **-***3404  
**Period Ending:** 03/31/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******29-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/16/12 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT PER ORDER OF 2/15/12 | 1249-000 | 15,000.00 | | 15,000.00 |
| 02/29/12 | Int | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 0.01 | | 15,000.01 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,975.01 |
| 03/27/12 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 15,875.01 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.80 | 15,844.21 |
| 04/26/12 | {16} | DR. MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 16,744.21 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.44 | 16,712.77 |
| 05/25/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 17,612.77 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.79 | 17,574.98 |
| 06/25/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 18,474.98 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.99 | 18,439.99 |
| 07/25/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 19,339.99 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.61 | 19,299.38 |
| 08/27/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 20,199.38 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.04 | 20,158.34 |
| 09/25/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 21,058.34 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.67 | 21,019.67 |
| 10/29/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 21,919.67 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.43 | 21,872.24 |
| 11/27/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 22,772.24 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.88 | 22,727.36 |
| 12/28/12 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 23,627.36 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.01 | 23,582.35 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 23,582.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,000.01 | 24,000.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 23,582.35 | |
| | | | **Subtotal** | | 24,000.01 | 417.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,000.01** | **$417.66** | |

{} Asset reference(s)

Printed: 03/31/2015 07:14 AM    V.13.21

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-31614-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | LUBIENSKI, MARK | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5765 - Checking Account |
| Taxpayer ID #: | **-***3404 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/31/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 23,582.35 | | 23,582.35 |
| 01/25/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 24,482.35 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.21 | 24,446.14 |
| 02/13/13 | 11001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-31614, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 22.51 | 24,423.63 |
| 02/13/13 | 11001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-31614, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -22.51 | 24,446.14 |
| 02/13/13 | 11002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-31614, bond#016026455 | 2300-000 | | 22.51 | 24,423.63 |
| 02/21/13 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 25,323.63 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.06 | 25,290.57 |
| 03/27/13 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 26,190.57 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.20 | 26,155.37 |
| 04/25/13 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 27,055.37 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.30 | 27,015.07 |
| 05/29/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 27,915.07 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.19 | 27,874.88 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.41 | 27,837.47 |
| 07/08/13 | {16} | DR MARK LUBIENSKI | settlement payment | 1249-000 | 900.00 | | 28,737.47 |
| 07/31/13 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 29,637.47 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.99 | 29,592.48 |
| 08/28/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 30,492.48 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.56 | 30,449.92 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.33 | 30,407.59 |
| 10/02/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 31,307.59 |
| 10/28/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 32,207.59 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.40 | 32,158.19 |
| 11/26/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 33,058.19 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.21 | 33,014.98 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.23 | 32,962.75 |
| 01/03/14 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 33,862.75 |

Subtotals : $34,382.35 $519.60

{} Asset reference(s)

Printed: 03/31/2015 07:14 AM V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-31614-BWB  
**Case Name:** LUBIENSKI, MARK  
**Taxpayer ID #:** **-***3404  
**Period Ending:** 03/31/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5765 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/14 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 34,762.75 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.06 | 34,712.69 |
| 02/03/14 | 11003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #11-31614, BOND#016026455 | 2300-000 | | 27.61 | 34,685.08 |
| 02/28/14 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 35,585.08 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.45 | 35,538.63 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.28 | 35,489.35 |
| 04/02/14 | {16} | MARK LUBIENSKI | SETTLEMENT FUNDS | 1249-000 | 900.00 | | 36,389.35 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.61 | 36,333.74 |
| 05/02/14 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 37,233.74 |
| 05/27/14 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 38,133.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.42 | 38,080.32 |
| 06/26/14 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 38,980.32 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.98 | 38,927.34 |
| 07/29/14 | {16} | DR MARK LUBIENSKI | (RETURNED TO DEBTOR) SETTLEMENT PAYMENT | 1249-000 | 700.00 | | 39,627.34 |
| 07/29/14 | {16} | DR MARK LUBIENSKI | Reversed Deposit 100019 1 SETTLEMENT PAYMENT(RETURNED TO DEBTOR) | 1249-000 | -700.00 | | 38,927.34 |
| 07/30/14 | 11004 {16} | DR MARK LUBIENSKI | REFUND TO DEBTOR/OVERPAYMENT | 1249-000 | -200.00 | | 38,727.34 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.59 | 38,665.75 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.93 | 38,611.82 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.23 | 38,552.59 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.30 | 38,495.29 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.83 | 38,445.46 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.67 | 38,382.79 |
| 02/26/15 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 36.53 | 38,346.26 |
| 02/26/15 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -36.53 | 38,382.79 |
| 02/26/15 | 11006 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 37.19 | 38,345.60 |

Subtotals :    $5,200.00    $717.15

{} Asset reference(s)    Printed: 03/31/2015 07:14 AM    V.13.21

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-31614-BWB  
**Case Name:** LUBIENSKI, MARK  

**Taxpayer ID #:** **-***3404  
**Period Ending:** 03/31/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5765 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/15 | 11006 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -37.19 | 38,382.79 |
| 02/26/15 | 11007 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 | 2300-000 | | 36.53 | 38,346.26 |
| | | | **ACCOUNT TOTALS** | | 39,582.35 | 1,236.09 | $38,346.26 |
| | | | Less: Bank Transfers | | 23,582.35 | 0.00 | |
| | | | **Subtotal** | | 16,000.00 | 1,236.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,000.00** | **$1,236.09** | |

```
Net Receipts :      40,000.01
                 ─────────────
Net Estate :        $40,000.01
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******29-65** | 24,000.01 | 417.66 | 0.00 |
| **Checking # ******5765** | 16,000.00 | 1,236.09 | 38,346.26 |
| | $40,000.01 | $1,653.75 | $38,346.26 |

{} Asset reference(s)

Printed: 03/31/2015 07:14 AM  V.13.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 2, 2011

**Case Number:** 11-31614-BWB  
**Debtor Name:** LUBIENSKI, MARK

Page: 1

**Date:** March 31, 2015  
**Time:** 07:14:12 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $4,750.00 | $0.00 | 4,750.00 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $1,631.70 | $0.00 | 1,631.70 |
| ADMIN3 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $37.42 | $0.00 | 37.42 |
| ADMIN4 200 | THOMAS B. SULLIVAN<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Admin Ch. 7 | | $18.81 | $0.00 | 18.81 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,060.55 | $0.00 | 9,060.55 |
| 2 -2 610 | FIA CARD SERVICES, N.A.<br>as successor to Bk of America NA<br>PO Box 15102<br>Wilmington, DE 19886 | Unsecured | | $25,475.12 | $0.00 | 25,475.12 |
| 3 -2 610 | FIA CARD SERVICES, N.A.<br>as successor to Bk of America NA<br>PO Box 15102<br>Wilmington, DE 19886 | Unsecured | | $50,743.56 | $0.00 | 50,743.56 |
| 4 610 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $7,249.46 | $0.00 | 7,249.46 |
| 5 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $43,143.75 | $0.00 | 43,143.75 |
| 6 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $3,617.96 | $0.00 | 3,617.96 |
| 7 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $21,619.46 | $0.00 | 21,619.46 |
| 8 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $41,897.88 | $0.00 | 41,897.88 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 2, 2011

**Case Number:** 11-31614-BWB  
**Debtor Name:** LUBIENSKI, MARK

Page: 2

**Date:** March 31, 2015  
**Time:** 07:14:12 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| **<< Totals >>** | | | | 209,245.67 | 0.00 | 209,245.67 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-31614-BWB
Case Name: LUBIENSKI, MARK
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 38,346.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 38,346.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 4,750.00 | 0.00 | 4,750.00 |
| Trustee, Expenses - THOMAS B. SULLIVAN | 18.81 | 0.00 | 18.81 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,631.70 | 0.00 | 1,631.70 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 37.42 | 0.00 | 37.42 |

Total to be paid for chapter 7 administration expenses: $ 6,437.93
Remaining balance: $ 31,908.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 31,908.33

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 31,908.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 202,807.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,060.55 | 0.00 | 1,425.53 |
| 2 -2 | FIA CARD SERVICES, N.A. | 25,475.12 | 0.00 | 4,008.07 |
| 3 -2 | FIA CARD SERVICES, N.A. | 50,743.56 | 0.00 | 7,983.63 |
| 4 | USAA FEDERAL SAVINGS BANK | 7,249.46 | 0.00 | 1,140.58 |
| 5 | Chase Bank USA, N.A. | 43,143.75 | 0.00 | 6,787.93 |
| 6 | Chase Bank USA, N.A. | 3,617.96 | 0.00 | 569.22 |
| 7 | PYOD LLC its successors and assigns as assignee of | 21,619.46 | 0.00 | 3,401.45 |
| 8 | American Express Centurion Bank | 41,897.88 | 0.00 | 6,591.92 |

|  | Total to be paid for timely general unsecured claims: | $ | 31,908.33 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**