**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:
LUBIENSKI, MARK

CHAPTER 7 CASE

CASE NO. 11-31614 BWB

JUDGE BRUCE W. BLACK

Debtor(s)

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: **Alan D Lasko & Associates, PC**

Authorized to Provide
Professional Services to: **Thomas B Sullivan**

Date of Order Authorizing Employment: **2/20/15**

Period for Which
Compensation is sought: **2/10/15-3/24/15**

Amount of Fees sought: **$1,631.70**

Amount of Expense
Reimbursement sought: **$37.42**

This is an:               Interim Application _____     Final Application **XX**

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses

incurred herein is:                                        $0.00

Date: 3/31/15                          By: /s/Thomas B Sullivan
                                              Applicant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Estate of Mark Lubienski | ) | No. 11 B 31614 |
| | ) | |
| 38-7023404 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Bruce W. Black |

### FIRST AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request first and final compensation of $1,631.70 and expenses of $37.42

for the time period from February 10, 2015 through March 24, 2015. A detail is provided herein

for the Estate, which identifies by subject matter the services performed by the Applicant.

Additional detail is provided to reflect the function and individual performing said services.

Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is

the Affidavit pursuant to Bankruptcy Rule 2016.

### INTRODUCTION

This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

ESTATE OF MARK LUBIENSKI

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about August 1, 2011.  A Trustee was subsequently appointed.  On or about February 10, 2015, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee.  Reflected in this Fee Application is the Applicant's time for preparing the Estate's workpapers for 2012, 2013 and 2014 and the year 2012 income tax returns.

2

## ESTATE OF MARK LUBIENSKI

## **FEE APPLICATION**

The fees sought by this First and Final Fee Application reflect an aggregate of 14.8 hours of ADLPC's time spent and recorded in performing services during the First and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

## ESTATE OF MARK LUBIENSKI

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

        Cost              $118.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 280.00 | $ 56.00 |
| C. Wilson, Staff | 1.0 | 62.00 | 62.00 |
|  | 1.2 |  | $ 118.00 |

## TAX PREPARATION

The Applicant incurred 13.6 hours in preparing the Estate's workpapers for the years 2012, 2013 and 2014 and the year 2012 income tax returns. Time also included an estimate to prepare the Estate's information tax returns.

        Cost              $1,513.70

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.0 | $ 280.00 | $ 560.00 |
| K. Seyller, Senior | 0.3 | 128.00 | 38.40 |
| B. Zhu, Staff | 11.3 | 81.00 | 915.30 |
|  | 13.6 |  | $ 1,513.70 |

## ESTATE OF MARK LUBIENSKI

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $275 | - | $280 |
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

| Recap by Project | Amount |
|---|---|
| Billing | $  118.00 |
| Tax Preparation | 1,513.70 |
| Net Request | $  1,631.70 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $  118.00 | $   98.33 |
| Tax Preparation | 13.6 | 1,513.70 | $  111.30 |
| | 14.8 | $  1,631.70 | $  110.25 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the

5

ESTATE OF MARK LUBIENSKI

amount actually incurred by the Firm in connection with such items.  Examples of such expenses

are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| Recap | | |
|---|---|---|
| Copy Costs | $ | 9.90 |
| Overnight Mail | | 27.52 |
| | $ | 37.42 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary

and appropriate to the administration of the Chapter 7 case and was in the best interests of the

parties in interest.  Compensation for the foregoing services as requested is commensurate with

the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has

taken significant efforts to ensure that the professional services were performed with expedience

and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the

Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and

reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets

forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should
> consider the nature, the extent, and the value of such services, taking into account all
> relevant factors, including.

> (A)    the time spent on such services;

> (B)    the rates charged for such services;

6

ESTATE OF MARK LUBIENSKI

(C)     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

(E)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.  In addition, the work involved, and thus the time expended,

ESTATE OF MARK LUBIENSKI

was carefully assigned in view of the experience and expertise required for a particular task.

Accordingly, approval of the first and final compensation sought herein for the Compensation

Period is warranted.


## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the

circumstances and its allowance would be appropriate.  Therefore, the requested first and final

compensation of $1,631.70 and expenses of $37.42 should be allowed for services by your

Applicant for the period February 10, 2015 through March 24, 2015.

Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Estate of Mark Lubienski** | ) | No. 11 B 31614 |
| | ) | |
| 38-7023404 | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | Hon. Bruce W. Black |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
          )         **SS.**
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.  I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Thomas B. Sullivan, Chapter 7 Trustee in this case ("Trustee").

2.  I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.  Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _24th_ day of March, 2015.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

9

## EXHIBIT A

## ORDER OF EMPLOYMENT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-31614 |
| Mark Lubienski | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

### Order Employing Accountants

This matter having been presented to the Court pursuant to the Trustee's Motion to Employ Accountants, the Court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED that

1. The Application is granted as set forth herein; and

2. The Trustee is authorized to employ and retain Alan D. Lasko and Alan D. Lasko & Associates, P.C. as his accountants.

Enter:   *Bruce W. Black*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  February 20, 2015

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
aholtschlag@wfactorlaw.com

**EXHIBIT B**

**PERSONNEL**

## ESTATE OF MARK LUBIENSKI

The following represents a description of the primary individuals in this engagement.

### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 29 years. He brings his 39 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

### Karen Seyller – Senior

Ms. Seyller has worked on various insolvency and litigation matters for over a year. She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work. Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years. Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a

**ESTATE OF MARK LUBIENSKI**

Bachelor's Degree in Accounting from Saint Xavier University. She has completed her work at John Marshall Law School.

Bin Zhu – Staff

Mr. Zhu is a staff accountant performing accounting and tax services. Mr. Zhu has a Bachelor's and Master's Degree in Accounting from Missouri State University. Mr. Zhu currently has one part of the CPA examination to complete.

<u>**EXHIBIT C**</u>

<u>**STAFF LEVELS**</u>

ESTATE OF MARK LUBIENSKI

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**<u>EXHIBIT D</u>**

**<u>ACTUAL TIME FROM TIME SLIPS</u>**

## EXHIBIT D-1

## TAX PREPARATION

3/24/2015
11:33 AM

**Alan D. Lasko & Associates, P.C.**
Pre-bill Worksheet

Page      1

---

## Selection Criteria

| Clie.Selection | Include: Lubienski; Lubienski.002; Lubienski.012 |
|---|---|

Nickname         Lubienski.002 | 4709
Full Name        Bankruptcy Estate of Mark Lubinski
Address          c/o Thomas B. Sullivan, Trustee
                 2130 Finborogh Circle
                 New Lenox IL 60451

| Phone 1 | | Phone 2 | |
|---|---|---|---|
| Phone 3 | | Phone 4 | |

In Ref To        tax preparation
Fees Arrg.       By billing value on each slip
Expense Arrg.    By billing value on each slip
Tax Profile      Exempt
Last bill
Last charge      3/21/2015
Last payment                        Amount      $0.00

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/10/2015 133940 | A. Lasko 800 | 280.00 | 0.40 | 112.00 | Billable |
| | review of file and documents received from trustee and set up for staff re: year end tax preparation. | | | | |
| 3/11/2015 133968 | B. Zhu 800 | 81.00 | 2.20 | 178.20 | Billable |
| | Preparation of workpapers and tax return for 2012 | | | | |
| 3/12/2015 133976 | B. Zhu 800 | 81.00 | 2.20 | 178.20 | Billable |
| | Preparation of workpapers and tax return for 2012 | | | | |
| 3/12/2015 133977 | B. Zhu 800 | 81.00 | 2.70 | 218.70 | Billable |
| | Preparation of workpapers and tax return for 2013 | | | | |
| 3/12/2015 133978 | B. Zhu 800 | 81.00 | 2.20 | 178.20 | Billable |
| | Preparation of workpapers and tax return for 2014 | | | | |
| 3/13/2015 134024 | B. Zhu 800 | 81.00 | 0.80 | 64.80 | Billable |
| | Preparation of tax return 2014 | | | | |
| 3/16/2015 134082 | A. Lasko 800 | 280.00 | 0.60 | 168.00 | Billable |
| | review of workpapers for 2012, 2013 and 2014 | | | | |

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Lubienski.002:Bankruptcy Estate of Mark Lubinski (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/16/2015 134083 | A. Lasko 800 | 280.00 | 0.40 | 112.00 | Billable |
| | review of tax returns for 2012 | | | | |
| 3/17/2015 134091 | A. Lasko 800 | 280.00 | 0.20 | 56.00 | Billable |
| | prepared irs 60 day letter for 2012 | | | | |
| 3/17/2015 134092 | A. Lasko 800 | 280.00 | 0.40 | 112.00 | Billable |
| | sign off of federal and state tax returns for 2012 and irs 60 day copy and letter | | | | |
| 3/21/2015 134271 | B. Zhu 800 | 81.00 | 1.20 | 97.20 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trustee | | | | |
| 3/21/2015 134274 | K. Seyller 800 | 128.00 | 0.30 | 38.40 | Billable |
| | Estimated time to review estate's final information tax r return and cover letter to trustee | | | | |
| TOTAL | Billable Fees | | 13.60 | | $1,513.70 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/17/2015 134385 | C. Wilson 115 | 9.90 | 1.000 | 9.90 | Billable |
| | Photocopy costs for 2012 Forms 1041 income tax returns - 99 pages @ $.10 per page. | | | | |
| 3/18/2015 134394 | C. Wilson 104 | 27.52 | 1.000 | 27.52 | Billable |
| | Overnight mail for 2012 Forms 1041 income tax returns sent to Thomas B. Sullivan - tracking #103209187. | | | | |
| TOTAL | Billable Costs | | | | $37.42 |

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Lubienski.002: Bankruptcy Estate of Mark Lubinski (continued)

---

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| | | |
| Total of billable time slips | $1,513.70 | |
| Total of Fees (Time Charges) | | $1,513.70 |
| | | |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| | | |
| Total of billable expense slips | $37.42 | |
| Total of Costs (Expense Charges) | | $37.42 |
| | | |
| Total new charges | | $1,551.12 |
| | | |
| New Balance | | |
| Current | $1,551.12 | |
| | | |
| Total New Balance | | $1,551.12 |

**EXHIBIT D-2**

**BILLING TIME**

3/24/2015
11:33 AM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    4

| | |
|---|---|
| Nickname | Lubienski.012 \| 4710 |
| Full Name | Bankruptcy Estate of Mark Lubinski |
| Address | c/o Thomas B. Sullivan, Trustee |
| | 2130 Finborough Circle |
| | New Lenox IL 60451 |

| | | | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | fee petition | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | | | |
| Last charge | 3/24/2015 | | |
| Last payment | | Amount | $0.00 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/24/2015 134401 | C. Wilson 800 | 62.00 | 1.00 | 62.00 | Billable |
| | Prepared fee petition. | | | | |
| 3/24/2015 134404 | A. Lasko 800 | 280.00 | 0.20 | 56.00 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 1.20 | | $118.00 |

Total of billable expense slips                                                      $0.00

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $118.00 | |
| Total of Fees (Time Charges) | | $118.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $118.00 |
| New Balance Current | $118.00 | |

3/24/2015                          Alan D. Lasko & Associates, P.C.
11:33 AM                              Pre-bill Worksheet                                    Page      5

Lubienski.012: Bankruptcy Estate of Mark Lubinski (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance |  | $118.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN

IN RE:                                      CHAPTER 7 CASE
LUBIENSKI, MARK

                                            CASE NO. 11-31614 BWB

                                            JUDGE BRUCE W. BLACK

          Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 4,750.00 |
| 2. | Trustee's expenses | $ | 18.81 |
| | TOTAL | $ | 4,768.81 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,631.70 |

1

b. Expenses                                               $_____37.42

c. Chapter 11 compensation                    $_____0.00

d. Chapter 11 Expenses                          $_____0.00

3.     Other Professionals

                                        TOTAL         $_____1,669.12

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this_____ day of _____ , 200 ___ .


                        ENTERED    _____
                                        BRUCE W. BLACK
                                        UNITED STATES BANKRUPTCY JUDGE

2