# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LUBIENSKI, MARK                        § Case No. 11-31614-BWB
                                              §
                                              §
Debtor(s)                                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:00am on 05/22/2015 in Courtroom       , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  04/13/2015          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                           Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LUBIENSKI, MARK                               § Case No. 11-31614-BWB
                                                     §
                                                     §
Debtor(s)                                            §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 40,000.01 |
| *and approved disbursements of* | $ 5,377.75 |
| *leaving a balance on hand of* [1] | $ 34,622.26 |
| **Balance on hand:** | $ 34,622.26 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:                       $ 34,622.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 4,750.00 | 0.00 | 4,750.00 |
| Trustee, Expenses - THOMAS B. SULLIVAN | 18.81 | 0.00 | 18.81 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,631.70 | 0.00 | 1,631.70 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 37.42 | 0.00 | 37.42 |

Total to be paid for chapter 7 administration expenses:   $ 6,437.93
Remaining balance:                                        $ 28,184.33

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 28,184.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 28,184.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 202,807.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,060.55 | 0.00 | 1,425.53 |
| 2 -2 | FIA CARD SERVICES, N.A. | 25,475.12 | 0.00 | 4,008.07 |
| 3 -2 | FIA CARD SERVICES, N.A. | 50,743.56 | 0.00 | 7,983.63 |
| 4 | USAA FEDERAL SAVINGS BANK | 7,249.46 | 0.00 | 1,140.58 |
| 5 | Chase Bank USA, N.A. | 43,143.75 | 0.00 | 6,787.93 |
| 6 | Chase Bank USA, N.A. | 3,617.96 | 0.00 | 569.22 |
| 7 | PYOD LLC its successors and assigns as assignee of | 21,619.46 | 0.00 | 3,401.45 |
| 8 | American Express Centurion Bank | 41,897.88 | 0.00 | 6,591.92 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 31,908.33 |
|---|---|---|---|
|  | Remaining balance: | $ | -3,724.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | -3,724.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | -3,724.00 |

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 11-31614-BWB
Mark Lubienski                                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt              Page 1 of 2           Date Rcvd: Apr 14, 2015
                              Form ID: pdf006            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2015.
db            +Mark Lubienski,    372 Red Bud Court,    Frankfort, IL 60423-2128
aty           +David P Lloyd,    Grochocinski Grochocski and Lloyd Ltd,    1900 Ravinia Road,
                Orland Park, IL 60462-3760
aty           +William J Factor LTD,    InnovaLaw PC,   1900 Ravinia Place,    Orland Park, IL 60462-3760
17619360       American Express,    POB 0001,   Los Angeles, CA 90096-8000
18034060       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17948029      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,     as successor to Bk of America NA,
                PO Box 15102,    Wilmington, DE 19886-5102)
17619361       Bank of America,    POB 851001,   Dallas, TX 75285-1001
17619364      +CCO Mortgage,    PO Box 6260,   Glen Allen, VA 23058-6260
17619363       Capital One,    POB 6492,   Carol Stream, IL 60197-6492
17619365       Charter One,    PO Box 42008,   Providence, RI 02940-2008
17619367       Chase,   Cardmember Service,    POB 15153,   Wilmington, DE 19886-5153
17619366       Chase,   POB 9001020,    Louisville, KY 40290-1020
17905579       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17619369      +Citicard,    POB 6248,   Sioux Falls, SD 57117-6248
17619370      +Colleen A Lubienski,    372 Red Bud Court,    Frankfort, IL 60423-2128
17619372      +Colleen Lubienski,    372 Red Bud Court,    Frankfort, IL 60423-2128
17619375      +Exxmblciti,    Attn: Bankruptcy Dept,   POB 6497,   Sioux Falls, SD 57117-6497
17619381      +Target NB,    Attn: Bankruptcy Dept.,   POB 673,   Minneapolis, MN 55440-0673
17619382      +US Department of Treasury - IRS,    Office of District Counsel,    200 West Adams #2300,
                Chicago, IL 60606-5231
17619384      +USAA,   9800 Fredericksburg Road,    San Antonio, TX 78288-0002
17619385       USAA Credit Card Payments,    10750 McDermott FWY,    San Antonio, TX 78288-0570
17619388      +Will County Collector,    302North Chicago Street,    Joliet, IL 60432-4078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17766000       E-mail/PDF: mrdiscen@discover.com Apr 15 2015 01:33:06      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17619374       E-mail/PDF: mrdiscen@discover.com Apr 15 2015 01:33:06      Discover Card,   POB 6103,
                Carol Stream, IL 60197-6103
17619376       E-mail/Text: cio.bncmail@irs.gov Apr 15 2015 01:12:45     Internal Revenue Service,
                219 South Dearborn Street,    Chicago, IL 60604
18144215       E-mail/Text: ECF@SHERMETA.COM Apr 15 2015 01:13:58      JPMorgan Chase Bank, N.A.,
                c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI 48308-0908
17992120      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2015 01:24:26
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
17776813      +E-mail/Text: bncmail@w-legal.com Apr 15 2015 01:13:52     USAA FEDERAL SAVINGS BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17619380       Kohls/Capone,    Attn: Bankruptcy Dept,   N56 W 17000 Ridgewood Dr.
17619387       vacation club timeshare interests,    see schedule A for detail
17768282*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,     successor to Bk of America NA,
                PO Box 15102,    Wilmington, DE 19886-5102)
17619362*      Bank of America,    POB 851001,   Dallas, TX 75285-1001
17619368*      Chase,   Cardmember Service,    POB 15153,   Wilmington, DE 19886-5153
17619371*     +Colleen A. Lubienski,    372 Red Bud Court,    Frankfort, IL 60423-2128
17619373*     +Colleen Lubienski,    372 Red Bud Court,    Frankfort, IL 60423-2128
17775001*      Discover Bank,    DB Servicing Corporation,    PO Box 3025,   New Albany OH 43054-3025
17619377*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     D. PAtrick Mullarkey,
                Tax Division (DOJ) Ben Franklin St,    PO Box 55,   Washington, DC 20044)
17619379*     +Internal Revenue Service,    2970 Market Street,    Mail Stop 5-Q30.133,
                Philadelphia, PA 19104-5002
17619378*     +Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
17619383*     +US Department of Treasury - IRS,    Office of District Counsel,    200 West Adams #2300,
                Chicago, IL 60606-5231
17619386*      USAA Credit Card Payments,    10750 McDermott FWY,    San Antonio, TX 78288-0570
                                                                                   TOTALS: 2, * 11, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 2                  Date Rcvd: Apr 14, 2015
                              Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2015 at the address(es) listed below:
              Ariane   Holtschlag     on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
              Cameron M Gulden     on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov
              David L  Freidberg     on behalf of Plaintiff    American Express Centurion Bank
               dfreidberg@freidberglaw.com
              David P Lloyd     on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              Deborah K Ebner     on behalf of Debtor Mark   Lubienski dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Kathleen M. McGuire     on behalf of Trustee Thomas B Sullivan kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@sbcglobal.net,lawyers@innovalaw.com,khubert@innovalaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan     tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                            TOTAL: 8
```