# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LUBIENSKI, MARK § Case No. 11-31614-BWB
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,440,931.55          Assets Exempt: $453,156.62
*(without deducting any secured claims)*

Total Distribution to Claimants: $28,184.33      Claims Discharged
                                                 Without Payment: $174,623.41

Total Expenses of Administration: $11,815.68

3) Total gross receipts of $ 40,000.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,000.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,815.68 | 11,815.68 | 11,815.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 202,807.74 | 202,807.74 | 28,184.33 |
| **TOTAL DISBURSEMENTS** | $0.00 | $214,623.42 | $214,623.42 | $40,000.01 |

4) This case was originally filed under Chapter 7 on August 01, 2011. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2015          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT & COMPROMISE OF DISPUTE | 1249-000 | 40,000.00 |
| Interest Income | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| Alan D. Lasko | 3410-000 | N/A | 1,631.70 | 1,631.70 | 1,631.70 |
| Alan D. Lasko | 3420-000 | N/A | 37.42 | 37.42 | 37.42 |
| THOMAS B. SULLIVAN | 2200-000 | N/A | 18.81 | 18.81 | 18.81 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.80 | 30.80 | 30.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.44 | 31.44 | 31.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.79 | 37.79 | 37.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.99 | 34.99 | 34.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.61 | 40.61 | 40.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.04 | 41.04 | 41.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.67 | 38.67 | 38.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.43 | 47.43 | 47.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.88 | 44.88 | 44.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.01 | 45.01 | 45.01 |
| Rabobank, N.A. | 2600-000 | N/A | 36.21 | 36.21 | 36.21 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 22.51 | 22.51 | 22.51 |
| Rabobank, N.A. | 2600-000 | N/A | 33.06 | 33.06 | 33.06 |
| Rabobank, N.A. | 2600-000 | N/A | 35.20 | 35.20 | 35.20 |
| Rabobank, N.A. | 2600-000 | N/A | 40.30 | 40.30 | 40.30 |
| Rabobank, N.A. | 2600-000 | N/A | 40.19 | 40.19 | 40.19 |
| Rabobank, N.A. | 2600-000 | N/A | 37.41 | 37.41 | 37.41 |
| Rabobank, N.A. | 2600-000 | N/A | 44.99 | 44.99 | 44.99 |
| Rabobank, N.A. | 2600-000 | N/A | 42.56 | 42.56 | 42.56 |
| Rabobank, N.A. | 2600-000 | N/A | 42.33 | 42.33 | 42.33 |
| Rabobank, N.A. | 2600-000 | N/A | 49.40 | 49.40 | 49.40 |
| Rabobank, N.A. | 2600-000 | N/A | 43.21 | 43.21 | 43.21 |
| Rabobank, N.A. | 2600-000 | N/A | 52.23 | 52.23 | 52.23 |
| Rabobank, N.A. | 2600-000 | N/A | 50.06 | 50.06 | 50.06 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 27.61 | 27.61 | 27.61 |
| Rabobank, N.A. | 2600-000 | N/A | 46.45 | 46.45 | 46.45 |
| Rabobank, N.A. | 2600-000 | N/A | 49.28 | 49.28 | 49.28 |
| Rabobank, N.A. | 2600-000 | N/A | 55.61 | 55.61 | 55.61 |
| Rabobank, N.A. | 2600-000 | N/A | 53.42 | 53.42 | 53.42 |
| Rabobank, N.A. | 2600-000 | N/A | 52.98 | 52.98 | 52.98 |
| Rabobank, N.A. | 2600-000 | N/A | 61.59 | 61.59 | 61.59 |
| Rabobank, N.A. | 2600-000 | N/A | 53.93 | 53.93 | 53.93 |
| Rabobank, N.A. | 2600-000 | N/A | 59.23 | 59.23 | 59.23 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 57.30 | 57.30 | 57.30 |
| Rabobank, N.A. | 2600-000 | N/A | 49.83 | 49.83 | 49.83 |
| Rabobank, N.A. | 2600-000 | N/A | 62.67 | 62.67 | 62.67 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 36.53 | 36.53 | 36.53 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | N/A | 1,312.00 | 1,312.00 | 1,312.00 |
| US TREASURY | 2810-000 | N/A | 2,412.00 | 2,412.00 | 2,412.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,815.68 | $11,815.68 | $11,815.68 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 9,060.55 | 9,060.55 | 1,259.15 |
| 2 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 25,475.12 | 25,475.12 | 3,540.29 |
| 3 -2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 50,743.56 | 50,743.56 | 7,051.87 |
| 4 | USAA FEDERAL SAVINGS BANK | 7100-000 | N/A | 7,249.46 | 7,249.46 | 1,007.46 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 43,143.75 | 43,143.75 | 5,995.72 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,617.96 | 3,617.96 | 502.79 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 21,619.46 | 21,619.46 | 3,004.47 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 41,897.88 | 41,897.88 | 5,822.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $202,807.74 | $202,807.74 | $28,184.33 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-31614-BWB  
**Case Name:** LUBIENSKI, MARK  

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 08/01/11 (f)  
**§341(a) Meeting Date:** 08/25/11  

**Period Ending:** 08/21/15  
**Claims Bar Date:** 12/02/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 372 RED BUD COURT, FRANKFORT | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 2 | UNIT 41 OF DISNEY VAC. CLUB | Unknown | Unknown | | 0.00 | FA |
| 3 | VACATION OWNERSHIP E9005 & o9004 | Unknown | Unknown | | 0.00 | FA |
| 4 | MARRIORT VACATIONS | Unknown | Unknown | | 0.00 | FA |
| 5 | CHASE BANK | Unknown | Unknown | | 0.00 | FA |
| 6 | CHASE SAVINGS | 2,100.00 | 0.00 | | 0.00 | FA |
| 7 | CHARTER ONE | 300.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL | 700.00 | 0.00 | | 0.00 | FA |
| 9 | DISABILITY POLICY | Unknown | 0.00 | | 0.00 | FA |
| 10 | NORTHWESTERN MUTUAL | 42,560.77 | 0.00 | | 0.00 | FA |
| 11 | NEW YORK LIFE INS | Unknown | 0.00 | | 0.00 | FA |
| 12 | IRA | 144,596.08 | 0.00 | | 0.00 | FA |
| 13 | IRA | 243,899.70 | 0.00 | | 0.00 | FA |
| 14 | 1999 MERCEDES | 4,600.00 | 0.00 | | 0.00 | FA |
| 15 | DINETTE SET, ET | 2,175.00 | 0.00 | | 0.00 | FA |
| 16 | SETTLEMENT & COMPROMISE OF DISPUTE  (u) | 40,000.00 | 40,000.00 | | 40,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.01 | FA |
| 17 | Assets   Totals (Excluding unknown values) | **$1,480,931.55** | **$40,000.00** | | **$40,000.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL HEARING SET FOR 5/22/15; SENT FINAL REPORT TO US TEE ON MARCH 31ST, 2015; ACCOUNTANT TO BE EMPLOYED; PREPARE RETURNS; FINAL TO FOLLOW

HOLDING OPEN FOR U.S. TRUSTEE AND DEBTOR TO AGREE ON PAYMENT TO ESTATE; SETTLEMENT REACHED; PAYMENTS ARE BEING COLLECTED;

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-31614-BWB  **Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** LUBIENSKI, MARK  **Filed (f) or Converted (c):** 08/01/11 (f)
                                  **§341(a) Meeting Date:** 08/25/11
**Period Ending:** 08/21/15  **Claims Bar Date:** 12/02/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012     **Current Projected Date Of Final Report (TFR):**   April 13, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-31614-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | LUBIENSKI, MARK | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******29-65 - Checking Account |
| Taxpayer ID #: | **-***3404 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/21/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/16/12 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT PER ORDER OF 2/15/12 | 1249-000 | 15,000.00 | | 15,000.00 |
| 02/29/12 | Int | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 0.01 | | 15,000.01 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,975.01 |
| 03/27/12 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 15,875.01 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.80 | 15,844.21 |
| 04/26/12 | {16} | DR. MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 16,744.21 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.44 | 16,712.77 |
| 05/25/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 17,612.77 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.79 | 17,574.98 |
| 06/25/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 18,474.98 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.99 | 18,439.99 |
| 07/25/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 19,339.99 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.61 | 19,299.38 |
| 08/27/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 20,199.38 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.04 | 20,158.34 |
| 09/25/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 21,058.34 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.67 | 21,019.67 |
| 10/29/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 21,919.67 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.43 | 21,872.24 |
| 11/27/12 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 22,772.24 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.88 | 22,727.36 |
| 12/28/12 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 23,627.36 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.01 | 23,582.35 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 23,582.35 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,000.01 | 24,000.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 23,582.35 | |
| | | | Subtotal | | 24,000.01 | 417.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $24,000.01 | $417.66 | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-31614-BWB  
**Case Name:** LUBIENSKI, MARK  

**Taxpayer ID #:** **-***3404  
**Period Ending:** 08/21/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5765 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 23,582.35 | | 23,582.35 |
| 01/25/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 24,482.35 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.21 | 24,446.14 |
| 02/13/13 | 11001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-31614, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 22.51 | 24,423.63 |
| 02/13/13 | 11001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-31614, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -22.51 | 24,446.14 |
| 02/13/13 | 11002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-31614, bond#016026455 | 2300-000 | | 22.51 | 24,423.63 |
| 02/21/13 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 25,323.63 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.06 | 25,290.57 |
| 03/27/13 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 26,190.57 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.20 | 26,155.37 |
| 04/25/13 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 27,055.37 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.30 | 27,015.07 |
| 05/29/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 27,915.07 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.19 | 27,874.88 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.41 | 27,837.47 |
| 07/08/13 | {16} | DR MARK LUBIENSKI | settlement payment | 1249-000 | 900.00 | | 28,737.47 |
| 07/31/13 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 29,637.47 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.99 | 29,592.48 |
| 08/28/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 30,492.48 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.56 | 30,449.92 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.33 | 30,407.59 |
| 10/02/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 31,307.59 |
| 10/28/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 32,207.59 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.40 | 32,158.19 |
| 11/26/13 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 33,058.19 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.21 | 33,014.98 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.23 | 32,962.75 |
| 01/03/14 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 33,862.75 |

Subtotals :    $34,382.35    $519.60

{} Asset reference(s)

Printed: 08/21/2015 10:09 AM    V.13.23

Case 11-31614    Doc 53    Filed 09/15/15    Entered 09/15/15 14:17:01    Desc Main
Document      Page 11 of 13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-31614-BWB  
**Case Name:** LUBIENSKI, MARK  

**Taxpayer ID #:** **-***3404  
**Period Ending:** 08/21/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5765 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/14 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 34,762.75 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.06 | 34,712.69 |
| 02/03/14 | 11003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #11-31614, BOND#016026455 | 2300-000 | | 27.61 | 34,685.08 |
| 02/28/14 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 35,585.08 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.45 | 35,538.63 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.28 | 35,489.35 |
| 04/02/14 | {16} | MARK LUBIENSKI | SETTLEMENT FUNDS | 1249-000 | 900.00 | | 36,389.35 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.61 | 36,333.74 |
| 05/02/14 | {16} | DR MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 37,233.74 |
| 05/27/14 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 38,133.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.42 | 38,080.32 |
| 06/26/14 | {16} | MARK LUBIENSKI | SETTLEMENT PAYMENT | 1249-000 | 900.00 | | 38,980.32 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.98 | 38,927.34 |
| 07/29/14 | {16} | DR MARK LUBIENSKI | (RETURNED TO DEBTOR) SETTLEMENT PAYMENT | 1249-000 | 700.00 | | 39,627.34 |
| 07/29/14 | {16} | DR MARK LUBIENSKI | Reversed Deposit 100019 1 SETTLEMENT PAYMENT(RETURNED TO DEBTOR) | 1249-000 | -700.00 | | 38,927.34 |
| 07/30/14 | 11004 {16} | DR MARK LUBIENSKI | REFUND TO DEBTOR/OVERPAYMENT | 1249-000 | -200.00 | | 38,727.34 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.59 | 38,665.75 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.93 | 38,611.82 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.23 | 38,552.59 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.30 | 38,495.29 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.83 | 38,445.46 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.67 | 38,382.79 |
| 02/26/15 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 36.53 | 38,346.26 |
| 02/26/15 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -36.53 | 38,382.79 |
| 02/26/15 | 11006 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 37.19 | 38,345.60 |

Subtotals :    $5,200.00    $717.15

{} Asset reference(s)

Printed: 08/21/2015 10:09 AM    V.13.23

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 11-31614-BWB
**Case Name:** LUBIENSKI, MARK

**Taxpayer ID #:** **-***3404
**Period Ending:** 08/21/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******5765 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/15 | 11006 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -37.19 | 38,382.79 |
| 02/26/15 | 11007 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #11-31614, BOND NUMBER 10BSBGR6291 | 2300-000 | | 36.53 | 38,346.26 |
| 03/31/15 | 11008 | ILLINOIS DEPT OF REVENUE | FEIN: 38-7023404/ 2012 FORM IL -1041 | 2820-000 | | 1,312.00 | 37,034.26 |
| 03/31/15 | 11009 | US TREASURY | FEIN: 38-7023404/ 2012 1041 | 2810-000 | | 2,412.00 | 34,622.26 |
| 06/01/15 | 11010 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $4,750.00, Trustee Compensation; Reference: | 2100-000 | | 4,750.00 | 29,872.26 |
| 06/01/15 | 11011 | Alan D. Lasko | Dividend paid 100.00% on $1,631.70, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,631.70 | 28,240.56 |
| 06/01/15 | 11012 | Alan D. Lasko | Dividend paid 100.00% on $37.42, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 37.42 | 28,203.14 |
| 06/01/15 | 11013 | THOMAS B. SULLIVAN | Dividend paid 100.00% on $18.81, Trustee Expenses; Reference: | 2200-000 | | 18.81 | 28,184.33 |
| 06/01/15 | 11014 | Discover Bank | Dividend paid 13.89% on $9,060.55; Claim# 1; Filed: $9,060.55; Reference: | 7100-000 | | 1,259.15 | 26,925.18 |
| 06/01/15 | 11015 | FIA CARD SERVICES, N.A. | Dividend paid 13.89% on $25,475.12; Claim# 2 -2; Filed: $25,475.12; Reference: | 7100-000 | | 3,540.29 | 23,384.89 |
| 06/01/15 | 11016 | FIA CARD SERVICES, N.A. | Dividend paid 13.89% on $50,743.56; Claim# 3 -2; Filed: $50,743.56; Reference: | 7100-000 | | 7,051.87 | 16,333.02 |
| 06/01/15 | 11017 | USAA FEDERAL SAVINGS BANK | Dividend paid 13.89% on $7,249.46; Claim# 4; Filed: $7,249.46; Reference: | 7100-000 | | 1,007.46 | 15,325.56 |
| 06/01/15 | 11018 | Chase Bank USA, N.A. | Dividend paid 13.89% on $43,143.75; Claim# 5; Filed: $43,143.75; Reference: | 7100-000 | | 5,995.72 | 9,329.84 |
| 06/01/15 | 11019 | Chase Bank USA, N.A. | Dividend paid 13.89% on $3,617.96; Claim# 6; Filed: $3,617.96; Reference: | 7100-000 | | 502.79 | 8,827.05 |
| 06/01/15 | 11020 | PYOD LLC its successors and assigns as assignee of | Dividend paid 13.89% on $21,619.46; Claim# 7; Filed: $21,619.46; Reference: | 7100-000 | | 3,004.47 | 5,822.58 |
| 06/01/15 | 11021 | American Express Centurion Bank | Dividend paid 13.89% on $41,897.88; Claim# 8; Filed: $41,897.88; Reference: | 7100-000 | | 5,822.58 | 0.00 |

Subtotals : $0.00 $38,345.60

{} Asset reference(s)

Printed: 08/21/2015 10:09 AM V.13.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 11-31614-BWB  
**Case Name:** LUBIENSKI, MARK  

**Taxpayer ID #:** **-***3404  
**Period Ending:** 08/21/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5765 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 39,582.35 | 39,582.35 | $0.00 |
| | | | Less: Bank Transfers | | 23,582.35 | 0.00 | |
| | | | **Subtotal** | | 16,000.00 | 39,582.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,000.00** | **$39,582.35** | |

Net Receipts :  40,000.01  
Net Estate :  $40,000.01  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******29-65** | 24,000.01 | 417.66 | 0.00 |
| **Checking # ******5765** | 16,000.00 | 39,582.35 | 0.00 |
| | $40,000.01 | $40,000.01 | $0.00 |

{} Asset reference(s)